SAMUEL PELTZ, Appellant, v. NATHAN ROSENBERG, Respondent.— Without deciding whether after October 1, 1920, a suit in equity would lie

by a landlord to enforce specific performance of a covenant to surrender and vacate dwelling property in New York city, the subsequent deposit of the rent after proceedings in the Municipal Court renders it unconscionable to continue to urge other security for such rent in this equity proceeding. Therefore, this appeal is dismissed, but without costs.    Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.